IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEPHANIE DEVAZIER, as class
representative in Sara Stewmon vs. SEECO, Inc.,
Desoto Gathering Company, LLC
and Southwestern Midstream                                              PLAINTIFF

v.                          Case No. 2:16-cv-00067-KGB

BEN H. CARUTH, *et al*.                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, this case is dismissed with prejudice.

So ordered this 13th day of July, 2016.

_____
Kristine G. Baker
United States District Judge