IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STEPHANIE DEVAZIER, as class
representative in Sara Stewmon vs. SEECO, Inc.,
Desoto Gathering Company, LLC
and Southwestern Midstream**                                                                  **PLAINTIFF**

v.                          **Case No. 2:16-cv-00067-KGB**

**BEN H. CARUTH,** *et al***.**                                                                                      **DEFENDANTS**

## JUDGMENT[1]

Consistent with the Order entered today, this case is dismissed.

So ordered this 15th day of July, 2016.

_____
Kristine G. Baker
United States District Judge

---

[1] Amending the Court's Judgment entered July 13, 2016 (Dkt. No. 67).